# City of Sullivan, Appellee, v. J. T. Henry, Appellant.

## (Not to be reported in full.)

Appeal from the Circuit Court of Moultrie county; the Hon. GEORGE A. SENTEL, Judge, presiding. Heard in this court at the October term, 1916. Reversed and remanded. Opinion filed April 16, 1917.

## Statement of the Case.

Prosecution by the City of Sullivan, plaintiff, against J. T. Henry, defendant, for the violation of an ordinance of plaintiff. From a judgment finding the defendant guilty and imposing a fine of sixty-five dollars, defendant appeals. Case consolidated in Appellate Court and heard with two other cases (Gen. Nos. 6651, 6652), in which similar proceedings were had, by agreement of parties.

VAUSE, HUGHES & KIGER, for appellant.

W. R. HUFF, C. R. PATTERSON and E. J. MILLER, for appellee.

MR. PRESIDING JUSTICE THOMPSON delivered the opinion of the court.

## Abstract of the Decision.

1. JUSTICES OF THE PEACE, § 189*—*when appeal bond insufficient.* Where an appeal bond on an appeal from a justice of the peace was executed by a defendant in a criminal case and filed with the circuit clerk, and cash to the amount of the bond was deposited with and accepted by the clerk as security on the bond, and the bond was approved, *held* that such was not a full compliance with the form of the bond as given in the statute relating to appeals from justices of the peace.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

2. JUSTICES OF THE PEACE, § 193*—*what is effect of amending defective bond.* Even if an appeal bond on appeal from a justice of the peace is defective and has been accepted and approved by the proper officer, the party endeavoring to appeal should not be prejudiced by any informality or deficiency in the bond if he will, when objection is made, remedy the defect.